United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joshua Michael Etterman  
Brandy Elizabeth Etterman  
    Debtors

Case No. 24-00858-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: May 20, 2024      Form ID: ordsmiss      Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| jdb | + | Brandy Elizabeth Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |
| 5610901 | + | Bureau of Account Management, 3607 Rosemont Ave, Camp Hill, PA 17011-6904 |
| 5610904 | + | City of Lebanon Authonon Authority, 2311 Ridgeview Rd, Lebanon, PA 17042-2565 |
| 5610905 | + | Community Federal Savings Bank, 8916 Jamaica Ave, Woodhaven, NY 11421-2040 |
| 5610908 | + | Intoxalock, 11035 Aurora Avenue, Des Moines, IA 50322-7902 |
| 5610910 | + | Keystone Collections Group, 400 South 8th St, Lebanon, PA 17042-6794 |
| 5610912 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 5610911 | + | Lebanon County Domestic Relations, 400 South 8th St, Lebanon, PA 17042-6794 |
| 5610919 | + | Morgan Stanley Private Bank, 2000 Westchester Avenue, Purchase, NY 10577-2529 |
| 5609806 | + | Nationstar Mortgage LLC, c/o Roger Fay, Esquire, Albertelli Law, 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 5610920 | + | Northern Lebanon County Authority, PO Box 434, Lebanon, PA 17042-0434 |
| 5610922 | + | PSECU, PO Box 67012, Harrisburg, PA 17106-7012 |
| 5610923 | | Penn State Health, Milton S Hershey Medical Center, Patient Financial Services, PO Box 854 Mail Code A410, Hershey, PA 17033-0854 |
| 5610926 | + | Progressive, PO Box 4640, Carol Stream, IL 60197-4640 |
| 5610929 | + | Swatara Township, 68 Supervisors Drive, Jonestown, PA 17038-8904 |
| 5610935 | + | York Collections, 33 S Duke St, York, PA 17401-1401 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jetterman@outlook.com | May 20 2024 18:32:00 | Joshua Michael Etterman, 5 Monroe Avenue, Lebanon, PA 17046-1559 |
| 5610899 | + | Email/Text: legal@arsnational.com | May 20 2024 18:40:00 | ARS National, 201 West Grand Ave, Escondido, CA 92025-2603 |
| 5610900 | + | Email/Text: legal@arsnational.com | May 20 2024 18:40:00 | ARS National Services, PO Box 463023, Escondido, CA 92046-3023 |
| 5610902 | | Email/Text: caineweiner@ebn.phinsolutions.com | May 20 2024 18:40:42 | Caine & Weiner Company, 12005 Ford Road 300, Dallas, TX 75234-7262 |
| 5610903 | | EDI: CAPITALONE.COM | May 20 2024 22:34:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5610907 | + | Email/Text: bankruptcydepartment@tsico.com | May 20 2024 18:40:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 5610909 | | EDI: JPMORGANCHASE | May 20 2024 22:34:00 | JPMorgan Chase, PO Box 15018, Wilmington, DE 19803 |
| 5617580 | + | Email/Text: RASEBN@raslg.com | May 20 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5610913 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2024 18:41:07 | LVNV Funding, 55 Beattie Place, Greenville, SC 29601-2165 |
| 5613195 | | Email/PDF: resurgentbknotifications@resurgent.com | May 20 2024 18:41:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5610914 | + | Email/Text: unger@members1st.org | May 20 2024 18:40:00 | Members 1st FCU, 5000 Louise Dr, Mechanicsburg, PA 17055-4899 |
| 5610915 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 20 2024 18:40:00 | Met Ed First Energy, 101 Crawford Corner Rd, Bldg 1 Suite 1-1511, Holmdel, NJ 07733-1976 |
| 5615689 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 20 2024 18:40:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5610916 | + | Email/Text: bankruptcydpt@mcmcg.com | May 20 2024 18:40:00 | Midland Credit Management, 320 East Big Beaver Rd, Suite 300, Troy, MI 48083-1271 |
| 5610917 | + | Email/Text: bankruptcy@moneylion.com | May 20 2024 18:40:00 | Moneylion, 30 West 21st Street, Ninth Floor, New York, NY 10010-6905 |
| 5610921 | | Email/Text: Bankruptcy.Notices@pnc.com | May 20 2024 18:40:00 | PNC Bank Retail Lending, PO Box 94982, Cleveland, OH 44101-4982 |
| 5610925 | + | EDI: PRA.COM | May 20 2024 22:34:00 | PRA Receivables Management, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5617043 | + | Email/Text: bankruptcynotices@psecu.com | May 20 2024 18:40:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5609021 | | EDI: PENNDEPTREV | May 20 2024 22:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5609021 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 20 2024 18:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5610924 | | Email/PDF: ebnotices@pnmac.com | May 20 2024 18:41:14 | Pennymac Loan Services LLC, PO Box 30597, Los Angeles, CA 90030-0597 |
| 5610928 | | Email/Text: bankruptcy@springoakscapital.com | May 20 2024 18:40:00 | Spring Oaks Capital LLC, 1400 Crossways Blvd, Suite 100B, Chesapeake, VA 23320-0207 |
| 5610927 | + | Email/Text: bankruptcy@sw-credit.com | May 20 2024 18:40:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 5610930 | | EDI: SYNC | May 20 2024 22:34:00 | Synchrony Bank, PO Box 669802, Dallas, TX 75266-0955 |
| 5610931 | | EDI: AIS.COM | May 20 2024 22:34:00 | T Mobile, c/o American Infosource LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5610932 | + | EDI: MAXMSAIDV | May 20 2024 22:34:00 | US Dept of Education, Loan Servicing/Aidvantage, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 5610933 | + | EDI: VERIZONCOMB.COM | May 20 2024 22:34:00 | Verizon, PO Box 291089, Columbia, SC 29229-0019 |
| 5610934 | + | EDI: WFFC2 | May 20 2024 22:34:00 | Wells Fargo, 420 Montgomery Street, San Francisco, CA 94104-1298 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5609022 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5610906 | ##+ | Derry Township Tax Collector, 610 Clearwater Rd, Hershey, PA 17033-2453 |

District/off: 0314-1　　　　　　　　　　User: AutoDocke　　　　　　　　　　Page 3 of 3
Date Rcvd: May 20, 2024　　　　　　　　Form ID: ordsmiss　　　　　　　　　Total Noticed: 43
TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2024　　　　　　　　　Signature:　　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com |
| Roger Fay | on behalf of Creditor Nationstar Mortgage LLC rfay@alaw.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joshua Michael Etterman,
aka Josh Etterman,

    **Debtor 1**

Brandy Elizabeth Etterman,
aka Brandy Elizabeth Myers,

    **Debtor 2**

Chapter 13

Case No. 1:24−bk−00858−HWV

**Order**

    **IT IS ORDERED** that the case is hereby dismissed as to both Debtors for failure to comply with Order dated May 7, 2024.

    **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: May 20, 2024

ordsmiss (05/18)